1  CHRISTOPHER J. HICKS
   Washoe County District Attorney
2  MICHAEL W. LARGE
   Deputy District Attorney
3  Nevada State Bar Number 10119
   P.O. Box 11130
4  Reno, NV  89520-0027
   mlarge@da.washoecounty.us
5  (775) 337-5700

6  ATTORNEYS FOR WASHOE COUNTY

7  **UNITED STATES DISTRICT COURT**

8  **DISTRICT OF NEVADA**

9  * * *

10 TEHAN SLOCUM,

11        Plaintiff,                              Case No.  3:17-cv-00717-HDM-WGC

12    vs.                                        **STIPULATION OF DISMISSAL**

13 WASHOE COUNTY, a political subdivision
   of the State of Nevada, and DOE Defendants
14 I-X,

15        Defendants.                    /

16    Plaintiff, TEHAN SLOCUM and Defendant WASHOE COUNTY and hereby stipulate to

17 the dismissal of this action in its entirety, and all claims against all Defendant, with prejudice,

18 pursuant to FRCP 41(a)(1)(A)(ii).  Attached hereto as Exhibit 1 is an Order of Dismissal as

19 required by this Court's Standing Civil Order.

20

21 Dated this 22nd day of June, 2018.

22 CHRISTOPHER J. HICKS
   District Attorney                              Dated this 22nd day of June, 2018.
23
   By    /s/ Michael W. Large                     /s/ Mark Mausert
24     MICHAEL W. LARGE                           Mark Mausert
       Deputy District Attorney                   Law Office of Mark Mausert
25     P.O. Box 11130                             930 Evans Avenue
       Reno, NV  89520-0027                       Reno, NV 89512
26     mlarge@da.washoecounty.us                  775-786-5477
       (775) 337-5700                             Fax: 775-786-9658
   ATTORNEYS FOR WASHOE COUNTY

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the Office of the District Attorney of Washoe County, over the age of 21 years and not a party to nor interested in the within action. I certify that on this date, the foregoing was electronically filed with the United States District Court. Electronic service of the foregoing document shall be made in accordance with the Master Service List as follows:

Mark Mausert, Esquire

Dated this 22nd day of June, 2018.

                                                      /s/ C. Theumer
                                                      C. Theumer

1 EXHIBIT INDEX

2 EXHIBIT 1    "Proposed" Order of Dismissal

24 Exhibit Index

# EXHIBIT 1

**EXHIBIT 1**

CHRISTOPHER J. HICKS
Washoe County District Attorney
MICHAEL W. LARGE
Deputy District Attorney
Nevada State Bar Number 10119
P.O. Box 11130
Reno, NV 89520-0027
mlarge@da.washoecounty.us
(775) 337-5700

ATTORNEYS FOR WASHOE COUNTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

TEHAN SLOCUM,

    Plaintiff,

vs.

WASHOE COUNTY, a political subdivision of the State of Nevada, and DOE Defendants I-X,

    Defendants.

Case No. 3:17-cv-00717-HDM-WGC

**ORDER OF DISMISSAL**

    Pursuant to the stipulation of the parties, this case is hereby dismissed with prejudice pursuant to FRCP 41(a).

    DATED this 25th day of June, 2018.

    IT IS SO ORDERED

    _____
    U.S. DISTRICT JUDGE